IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

DANIEL LEE CLARK, )
)
    Petitioner, )
)
v. ) CASE NOS. CV516-047
)           CR504-015
UNITED STATES OF AMERICA, )
)
    Respondent. )
_____)

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which objections have been filed (Doc. 12). After a careful de novo review of the record, the Court concludes that Petitioner's objections are without merit. Accordingly, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's 28 U.S.C. § 2255 petition is **DISMISSED**. In addition, Petitioner is not entitled to a Certificate of Appealability ("COA"), rendering moot any request for in forma pauperis status on appeal. The Clerk of Court is **DIRECTED** to close this case.

In his objections, Petitioner offers no legal argument, but rather contends that he received an unduly harsh sentence. (Doc. 12 at 4-5.) Regardless of whether this Court agrees, 28 U.S.C. § 2255 offers Petitioner no

relief at this time. Accordingly, the Court lacks any authority to reduce Petitioner's sentence.

SO ORDERED this 30th day of March 2018.

*[signature]*
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA